U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 24 2017

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARL WAYNE STEWART | DOCKET NO.:1:16-cv-01292 |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| JUDGE BLEICH, ET AL. | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

Before the court is the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11) and Plaintiff Carl Wayne Stewart's objections thereto (Doc. 12). Having conducted an independent (*de novo*) review of the record, including the objection, the court has determined the findings and recommendation are correct under the applicable law. Additionally, we note remand of the matter is warranted as a plaintiff may not remove an action from state court to federal district court. 28 U.S.C. §1441(a); see also McKenzie v. United States, 678 F.2d 571, 574 (5th Cir.1982) (citations omitted). Thus, it is hereby

**ORDERED** that the above captioned matter is **REMANDED** to the 10th Judicial District Court, Parish of Natchitoches, State of Louisiana.

**SIGNED** at Alexandria, Louisiana on this 24th day of March, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT